```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 57751
    CHARLES WESTBROOKS
    DEIDRA H WESTBROOKS                         CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-2251    SSN XXX-XX-6868

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 10/15/2005 and was confirmed 12/21/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 08/01/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
FAST CASH ADVANCE          UNSECURED       1658.28           .00           .00
DRIVE FINANCIAL SERVICES   SECURED         9175.00        764.57       5263.91
DRIVE FINANCIAL SERVICES   UNSECURED       1660.89           .00           .00
MCSI/RMI                   UNSECURED       2368.92           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         85.16           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY        1883.12           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          1.94           .00           .00
ENHANCED RECOVERY CORP     UNSECURED      NOT FILED         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED       1198.05           .00           .00
MIDLAND CREDIT MANAGEMEN   NOTICE ONLY    NOT FILED         .00           .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED         .00           .00
ALLIED INTERSTATE          NOTICE ONLY    NOT FILED         .00           .00
BLOCKBUSTER 17387          UNSECURED      NOT FILED         .00           .00
CREDIT PROTECTION ASSOC    NOTICE ONLY    NOT FILED         .00           .00
CHICAGO STATE UNIVERSITY   UNSECURED      NOT FILED         .00           .00
COMCAST                    UNSECURED      NOT FILED         .00           .00
CREDIT PROTECTION ASSOCI   NOTICE ONLY    NOT FILED         .00           .00
ENTERPRISE RENT A CAR      UNSECURED      NOT FILED         .00           .00
FAST CASH ADVANCE          UNSECURED      NOT FILED         .00           .00
FIDELITY CENTERS OF IL     UNSECURED      NOT FILED         .00           .00
HSBC                       UNSECURED      NOT FILED         .00           .00
SUNRISE CREDIT             NOTICE ONLY    NOT FILED         .00           .00
LOYOLA UNIVERSITY PHYSIC   UNSECURED        427.00           .00           .00
LOYOLA UNIVERSITY MEDICA   UNSECURED      NOT FILED         .00           .00
NATIONWIDE CREDIT & COLL   NOTICE ONLY    NOT FILED         .00           .00
MCI RESIDENTIAL SERVICES   UNSECURED      NOT FILED         .00           .00
INSTANT CASH               UNSECURED      NOT FILED         .00           .00
INSTANT CASH               UNSECURED      NOT FILED         .00           .00
ECAST SETTLEMENT CORP      UNSECURED        850.07           .00           .00
PATHOLOGY CHP SC           UNSECURED      NOT FILED         .00           .00
PAYDAY LOAN STORE          UNSECURED      NOT FILED         .00           .00
PAYDAY LOAN STORE          UNSECURED      NOT FILED         .00           .00
```

```
QUEST DIAGNOSTICS          UNSECURED      NOT FILED              .00              .00
SM SERVICING               UNSECURED      NOT FILED              .00              .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED              .00              .00
CBA COLLECTION BUREAU      NOTICE ONLY    NOT FILED              .00              .00
SPRINT PCS                 UNSECURED      NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY    NOT FILED              .00              .00
SPRINT PCS                 UNSECURED      NOT FILED              .00              .00
FBCS INC                   NOTICE ONLY    NOT FILED              .00              .00
SUN CASH                   UNSECURED      NOT FILED              .00              .00
TCF NATIONAL BANK          UNSECURED      NOT FILED              .00              .00
T-MOBILE USA               UNSECURED         165.95              .00              .00
VALENTINE & KEBARTAS INC   NOTICE ONLY    NOT FILED              .00              .00
US DEPT OF EDUCATION       UNSECURED       58430.17              .00              .00
JAMES OROURKE              NOTICE ONLY    NOT FILED              .00              .00
WEST SUBURBAN HOSPITAL     UNSECURED      NOT FILED              .00              .00
WEST SUBURBAN MEDICAL CE   UNSECURED      NOT FILED              .00              .00
WESTLAKE COMMUNITY HOSPI   UNSECURED      NOT FILED              .00              .00
ISAC                       UNSECURED        1936.74              .00              .00
ILLINOIS DEPT OF REVENUE   PRIORITY          688.47              .00              .00
ILLINOIS DEPT OF REVENUE   UNSECURED         692.36              .00              .00
JENNIFER A BLANC DOUGE     DEBTOR ATTY    2,800.00                          2,550.00
TOM VAUGHN                 TRUSTEE                                            457.52
DEBTOR REFUND              REFUND                                                .00

          Summary of Receipts and Disbursements:
    ---------------------------------------------------------------------------
                       RECEIPTS             DISBURSEMENTS
    ---------------------------------------------------------------------------
    TRUSTEE                    9,036.00

    PRIORITY                                             .00
    SECURED                                         5,263.91
        INTEREST                                      764.57
    UNSECURED                                            .00
    ADMINISTRATIVE                                  2,550.00
    TRUSTEE COMPENSATION                              457.52
    DEBTOR REFUND                                        .00
                           ---------------     ---------------
    TOTALS                     9,036.00            9,036.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/05/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |